IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FREDERICK BANKS**                                                                                 **PLAINTIFF**
**REG #05711-068**

v.                      No. 2:12-cv-00221 KGB/HDY

**HANKS** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 31st day of January, 2013.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge